**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: E.C.

PETITION OF: N.C.

: No. 405 MAL 2016
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.